IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

v.

ALLAN SAVIER TEJEDA MURILLO,                    Case No. 26-mj-04-amb

Defendant.

**GOVERNMENT'S NOTICE OF EXPERT TESTIMONY – MIGUEL MIRANDA**

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the government gives the following notice it intends to introduce testimony pursuant to Rules 702, 703, or 705 of the Federal Rules of Evidence:

**I.      Special Agent Miguel Miranda**

**a.  Qualifications**

The government intends to introduce expert testimony from Federal Bureau of Investigation (FBI) Supervisory Special Agent (SSA) Miguel Miranda in the form of translation between Spanish and English. SSA Miranda has over 23 years of experience in law enforcement. SSA Miranda began his career as deputy sheriff with the Salt Lake County Sheriff's Department in Utah and worked there seven years. In 2009, SSA Miranda began working as a special agent with the FBI and has worked there since. During his time with the FBI, SSA Miranda previously worked in Puerto Rico, Honduras, and Chile. Since July 2023, SSA Miranda has been the Resident Supervisory Special Agent with the FBI's Madison Resident Agency. SSA Miranda has over 20 years of law enforcement experience. SSA Miranda's experience includes working various

federal crimes associated with drug trafficking, firearms violations, violent crime, public corruption and other federal crimes.

SSA Miranda is a native Spanish speaker who grew up speaking Spanish in his household. Upon entering the FBI in 2009, SSA Miranda tested at the General Professional Level in speaking, reading and listening in Spanish and has maintained a testing score with the FBI. Throughout his law enforcement career, SSA Miranda has assisted in numerous investigations involving Spanish speakers. SSA Miranda has monitored Title III wire interceptions in Puerto Rico for federal investigations. SSA Miranda also served overseas on two permanent assignments in Honduras and Chile and has served temporary duty assignments in more than 10 different Spanish speaking countries. In this capacity, he represented the FBI in high level meetings with foreign officials, worked with foreign partners on investigations, and presented at law enforcement conferences. SSA Miranda has interviewed suspects, witnesses, reviewed reports and communications in Spanish at regular intervals in his career.

### b. Opinions and Basis for Testimony

SSA Miranda will testify that he participated in the defendant's interview with law enforcement on August 27, 2025, (TEJEDA MURILLO_000018) and accurately translated from Spanish to English and English to Spanish as needed. SSA Miranda will also testify to the English translation of the Spanish portion of the defendant's statement.

### c. Testimony and Publications

SSA Miranda has not authored any publications in the last ten years. He has not testified as an expert during the previous four years.

### d. Signature

SSA Miranda reviewed this disclosure and confirmed that he approves it and that it accurately reflects his experience and proposed testimony. However, due to overseas travel, he was not able to physically sign the disclosure prior to the government's expert disclosure deadline in this case. The government intends to file a signed acknowledgment from SSA Miranda as soon as reasonably possible.

Dated: June 5, 2026

Respectfully submitted,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/ _____
WILLIAM M. LEVINS
Assistant United States Attorney

3