UNITED STATES OF AMERICA,

v.

ALLAN SAVIER TEJEDA MURILLO,          Case No. 26-mj-04-amb

Defendants.

## ACKNOWLEDGEMENT OF MIGUEL MIRANDA

I, Miguel Miranda, have reviewed the disclosure concerning the expert testimony I would provide if called to testify as an expert in this case. The disclosure is true and correct to the best of my knowledge, and I approve of its contents.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Dated June 5, 2026

Miguel Miranda