FEDERAL DEFENDER SERVICES
OF WISCONSIN, INC.
LEGAL COUNSEL

Craig W. Albee, Federal Defender
Krista A. Halla-Valdes, First Assistant

Guy Cardamone, Madison Supervisor
John W. Campion
Alexandra Douglas
Ramuel R. Figueroa
Matthew Giesfeldt
Jonathan Greenberg
Gabriela A. Leija
Julie K. Linnen
Colin McGinn
Dennise Moreno
Tom Phillip
Alex Vlisides

22 East Mifflin Street
Suite 1000
Madison, Wisconsin 53703

Telephone 608-260-9900
Facsimile 608-260-9901

October 1, 2026

Honorable Anita M. Boor
United States Magistrate Judge
120 North Henry Street
Madison, Wisconsin 53703

Re: *United States v. Allan Savier Tejeda Murillo*
Case No. 26-mj-04-amb

To the Honorable Judge Boor:

The purpose of this letter is to provide the Court with supplemental authority relevant to the case at bar. In *United Stated States v. Cox*, 25-CR-60249-DSL (S.D. Fla.), the court entertained an as-applied challenge to § 611 substantially identical to the challenge pending before the Court. The district court in *Cox* issued its decision today, concluded that the statute as applied to a noncitizen voter in the States is unconstitutional, and dismissed the information. A courtesy copy of the order is attached to this letter.

Respectfully,

/s/ Jonathan Greenberg
Jonathan Greenberg
Associate Federal Defender