**U.S. Department of Justice**

*United States Attorney's Office*
*Western District of Wisconsin*

*Telephone 608/264-5158*
*Administrative Facsimile 608/264-5183*
*Civil Division Facsimile 608/264-5724*
*Criminal Division Facsimile 608/264-5054*

*Address:*
*222 W. Washington Avenue*
*Suite 700*
*Madison, Wisconsin 53703*

October 9, 2026

Attorneys Jonathan Greenberg & Alex Vlisides
Federal Defender Services of Wisconsin, Inc.
22 East Mifflin Street, Suite 1000
Madison, WI 53703

Re: *United States of America v. Allan Savier Tejeda Murillo*
Case No: 26-mj-4-amb

Dear Attorneys Greenberg & Vlisides:

Enclosed please find additional discovery in this case. The Bates labeling ranges from TEJEDA MURILLO_000019 to TEJEDA MURILLO_000709.

If you have any questions regarding this matter, please do not hesitate to contact me.

Very truly yours,

CHADWICK M. ELGERSMA
United States Attorney

By: /s/____________________
WILLIAM M. LEVINS
Assistant United States Attorney

Enclosure